UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEIDI SPECHT, | CASE NO. 3:21-cv-05730-JHC |
| Plaintiff, | ORDER DENYING MOTION FOR STIPULATED PROTECTIVE ORDER |
| v. | |
| NORTHWEST HELICOPTERS LLC ET AL, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Protective Order, which the Court construes as a stipulated motion for a protective order. Dkt. # 21. The Court has considered the Motion and, for the reasons discussed below, DENIES it without prejudice.

"There is a strong presumption of public access to the court's files." LCR 5(g). The Court may issue a protective order "for good cause" under Federal Rule of Civil Procedure 26(c). The Court

> may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, *its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles*, and it does not presumptively entitle the parties to file confidential information under seal.

ORDER DENYING MOTION FOR
STIPULATED PROTECTIVE ORDER - 1

LCR 26(c)(2) (emphasis added). The Court's Model Stipulated Protective Order says, "The parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" W.D. Wash. Model Stipulated Protective Order, https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder.pdf.

The Stipulated Protective Order defines "confidential" material as "confidential personal information, including, but not limited to, social security numbers, taxpayer identification numbers, passport numbers, driver license numbers, medical or psychiatric information or records, and financial/accounting information." Dkt. # 21 at 2. While "social security numbers, taxpayer identification numbers, passport numbers, [and] driver license numbers" are specific categories of documents, "financial/accounting information" is broad and does not comply with Local Civil Rule 26(c)(2). And the parties do not justify the category with argument.

The Court DENIES the Motion without prejudice. Dkt. # 21. The parties may file a revised Stipulated Protective Order.

Dated this 23rd day of May, 2022.

*John H. Chun*

John H. Chun
United States District Judge