The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| HEIDI SPECHT, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHWEST HELICOPTERS LLC, a Washington Corporation; BRIAN REYNOLDS and the marital community comprised thereof, an individual; PURCELLMDICAL PLLC, a Washington Corporation; and SHAWNA PURCELL and the marital community comprised thereof, an individual,<br><br>　　　　Defendants. | NO. 3:21-cv-05730-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO SEAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF ERON Z. CANNON AND EXHIBITS B,C,D,E, CONTAINED THEREIN<br><br>*Clerk's Action Required* |

　　　THIS MATTER having come before the Court on Stipulated Motion To Seal Defendants' Motion For Summary Judgment And Declaration Of Eron Z. Cannon And Exhibits B,C,D,E, Contained Therein, and the Court having received and considered the following:

　　　1.　　Stipulated Motion To Seal Defendants' Motion For Summary Judgment And Declaration Of Eron Z. Cannon And Exhibits B,C,D,E, Contained Therein;

　　　2.　　_____
　　　　　　_____
　　　　　　_____

ORDER GRANTING STIPULATED MOTION TO SEAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF ERON Z. CANNON AND EXHIBITS B,C,D,E, CONTAINED THEREIN - 1

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

**ORDER**

AND THE COURT having reviewed the authorities stated in the pleadings, and having reviewed and considered the court file, and having heard argument of the parties, and being otherwise advised in the premises, it is now hereby ORDERED that Stipulated Motion to Seal Defendants' Motion For Summary Judgment And Declaration Of Eron Z. Cannon And Exhibits B,C,D,E, Contained Therein is GRANTED.

DONE IN OPEN COURT this 8th day of July, 2022.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

*Presented by:*

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: /s/ Eron Z. Cannon
Eron Z. Cannon, WSBA # 42706
Kristen E. Lange, WSBA # 54335
Counsel for Defendant Purcell

*Approved as to form,*
*notice of presentation waived:*

MBE LAW GROUP PLLC
*Permission to sign given electronically 7/6/22*

By: /s/ Lisa Burke
Lisa Burke, WSBA No. 42859
David Martin, WSBA No. 38325

- 2

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194