**The Honorable John H. Chun**

3:21-cv-05730-JHC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| HEIDI SPECHT<br><br>                    Plaintiff,<br><br>v.<br><br>NORTHWEST HELICOPTERS LLC, ET AL.<br><br><br>                    Defendants. | NO. 3:21-cv-05730-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT FOR DAMAGES |

    THIS MATTER comes before the Court on Plaintiff Heidi Specht's Motion for Leave

to File a Third Amended Complaint for Damages.  Dkt. # 64.  Defendants do not oppose the

motion.  Dkt. ## 75 and 76.  The Court GRANTS the motion.

    Dated this 30th day of November, 2022.

_____

HONORABLE JOHN H. CHUN

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE THIRD
AMENDED COMPLAINT FOR DAMAGES - 1
No. 3:21-cv-05730-JHC