**THE HONORABLE JOHN H. CHUN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEIDI SPECHT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST HELICOPTERS LLC, a Washington Corporation; BRIAN REYNOLDS and the marital community comprised thereof, an individual; PURCELLMDICAL PLLC, a Washington Corporation; and SHAWNA PURCELL and the marital community comprised thereof, an individual;<br><br>Defendants. | No. 3:21-cv-05730-JHC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Heidi Specht ("Plaintiff") and Defendants Northwest Helicopters LLC and Brian Reynolds ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action brought, or that could have been brought, against the Defendants in the above-captioned case with prejudice and without an award of attorney fees or costs to any party.

DATED this 21st day of February, 2023.

| | |
|---|---|
| **MBE LAW GROUP PLLC** | **LEDGER SQUARE LAW, P.S.** |
| By: *Lisa Burke* | By: *Chrystina Solum* |
| Lisa Burke, WSBA No. 42859 | Leland Selby Jr, WSBA No. 26049 |
| 1700 7th Ave, Suite 2100 | Chrystina R. Solum, WSBA No. 41108 |
| Seattle, WA 98101 | 710 Market Street |
| Telephone: (206) 400-7722 Ext. 101 | Tacoma, WA 98402-3712 |
| Email: lburke@mbelg.com | Email: Clay@ledgersquarelaw.com |
| | Email: Chrystina@ledgersquarelaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I certify that on February 21, 2023, I electronically served via ECF the foregoing document upon all counsel of record below:

Leland Selby Jr
Chrystina R. Solum
**Ledger Square Law, P.S.**
710 Market Street
Tacoma, WA 98402-3712
Clay@ledgersquarelaw.com
Chrystina@ledgersquarelaw.com

*Attorneys for Defendants*

                                                    */s Lisa A. Burke*
                                                    Lisa A. Burke, WSBA No. 42859